**Order entered April 25, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00023-CV

**ETHEL LOCKHART, ROBERT CARTER AND/OR ALL OCCUPANTS OF 711 LENTISCO DRIVE LANCASTER, TEXAS 75146, Appellants**

**V.**

**SILVER BAY PROPERTY CORP. MANAGEMENT COMPANY FOR 2012-C PROPERTY HOLDINGS LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-05335-B**

# ORDER

Appellants' brief is overdue. Accordingly, we **ORDER** appellants to file the brief no later than May 5, 2016. Appellants are cautioned that failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/s/    CRAIG STODDART
JUSTICE